WILLIAM HAMER, Respondent, *v.* VILLAGE OF WHITESBORO et al., Appellants.

CLIFFORD BOWES, Respondent, *v.* VILLAGE OF WHITESBORO et al., Appellants.

ELIZABETH GUTHEINZ, Respondent, *v.* VILLAGE OF WHITESBORO et al., Appellants.

EMERY S. VANDERLAND, Respondent, *v.* VILLAGE OF WHITESBORO et al., Appellants.

WILLIAM H. VANDERLAND, an Infant, by EMERY S. VANDERLAND, His Guardian ad Litem, *v.* VILLAGE OF WHITESBORO et al., Appellants.

Argued January 19, 1942; decided March 5, 1942.

*Edward J. Burns, Jr.,* for appellants.

*Salvador J. Capecelatro* and *M. Francis Malone* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.